UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ROBERT HATCHER, also known as ROBERT L. JACKSON, Booking No. 17182375,<br><br>                              Plaintiff,<br>vs.<br><br>CASEY MONAHAN,<br>                              Defendant. | Case No. 3:18-cv-00492-CAB-KSC<br><br>**ORDER DISMISSING CIVIL ACTION FOR FAILING TO STATE A CLAIM PURSUANT TO 28 U.S.C. § 1915(e)(2) AND § 1915A(b) AND FOR FAILING TO PROSECUTE IN COMPLIANCE WITH COURT ORDER REQUIRING AMENDMENT** |

Robert Hatcher ("Plaintiff"), while housed at San Diego Central Jail, and proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 6, 2018. *See* Compl., ECF No. 1.

**I.    Procedural History**

On April 5, 2018, the Court granted Plaintiff leave to proceed in forma pauperis, but dismissed his Complaint for failing to state any claim pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b). *See* ECF No. 12. Plaintiff was informed of his pleading deficiencies, and granted 45 days leave in which to file an Amended Complaint that fixed them. *Id.* at 4-6.

1    More than two months have passed since the Court's April 5, 2018 Order, and Plaintiff's Amended Complaint was due on or before May 22, 2018. But to date, Plaintiff has failed to amend, and has not asked for an extension of time in which to do so. "The failure of the plaintiff eventually to respond to the court's ultimatum–either by amending the complaint or by indicating to the court that [he] will not do so–is properly met with the sanction of a Rule 41(b) dismissal." *Edwards v. Marin Park*, 356 F.3d 1058, 1065 (9th Cir. 2004).

## II. Conclusion and Order

Accordingly, the Court **DISMISSES** this civil action in its entirety without prejudice based on Plaintiff's failure to state a claim upon which § 1983 relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b), and his failure to prosecute pursuant to FED. R. CIV. P. 41(b) in compliance with the Court's April 5, 2018 Order (ECF No. 12).

Plaintiff's "Motion Requesting Production of Video Footage" and "Motion for Investigator" (ECF Nos. 14, 16) are **DENIED** as moot.

The Court further **DIRECTS** the Clerk to enter a final judgment of dismissal and close the file.

**IT IS SO ORDERED**.

Dated: June 14, 2018

Hon. Cathy Ann Bencivengo
United States District Judge