

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Hatcher aka Robert L. Jackson | Civil Action No. 18-cv-0492-CAB-KSC |
| Plaintiff, | |
| V. | |
| Casey Monahan, Carlsbad City Police Officer | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court Dismisses this civil action in its entirety without prejudice based on Plaintiff's failure to state a claim upon which § 1983 relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b), and his failure to prosecute pursuant to FED. R. CIV. P. 41(b) in compliance with the Court's April 5, 2018 Order Plaintiff's "Motion Requesting Production of Video Footage" and "Motion for Investigator" are Denied as moot. The Court further Directs the Clerk to enter a final judgment of dismissal and close the file. It Is So Ordered.

Date: 6/14/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Gutierrez
J. Gutierrez, Deputy